UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANDERS CONSTRUCTION, INC.** | CIVIL ACTION |
| Plaintiff, | NO.: 14-1250 |
| | SECTION: "     " |
| versus | JUDGE |
| **COUVILLION GROUP, LLC,** and | MAG. (   ) |
| **ABC INSURANCE COMPANY** | MAG. |
| Defendants. | |

## COMPLAINT

Plaintiff, Anders Construction, Inc. ("Anders Construction"), by and through undersigned counsel, hereby sues Defendants, Couvillion Group, LLC ("Couvillion Group") and ABC Insurance Company (collectively "Defendants"), and alleges as follows:

1.

Plaintiff, Anders Construction, Inc., is a Georgia corporation with its principal place of business in Louisiana.

2.

Made Defendant herein is Couvillion Group, LLC, a Louisiana limited liability company.

3.

Made Defendant herein is ABC Insurance Company, who, on information and belief, issued a policy of insurance to Couvillion Group, LLC providing coverage for the acts and omissions of Couvillion Group, LLC described herein.

4.

This is an admiralty and maritime action within the jurisidiction of the United States and this Honorable Court under 28 U.S.C. § 1333 and Rule 9(h) of the Federal Rules of Civil Procedure. This Court also has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367, insofar as said claims arise out of the same case or controversy that is the subject of Plaintiff's admiralty and maritime claims.

5.

Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) since a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in this district.

6.

The M/V REBEL HUSTLER is a towing vessel.

7.

In or around June 2013, Anders Construction entered into an oral bareboat charter with Tom's Welding for the M/V REBEL HUSTLER.

8.

After chartering the M/V REBEL HUSTLER from Tom's Welding, Anders Construction entered into an oral bareboat charter with Couvillion Group for the M/V REBEL HUSTLER.

9.

In or around June of 2013, Couvillion Group assumed care, custody, and control of the M/V REBEL HUSTLER at Tom's Welding's facility. Prior to assuming care, custody, and control of the M/V REBEL HUSTLER, Couvillion Group inspected the M/V REBEL HUSTLER and did not report the existence of any allegedly unseaworthy conditions to Anders Construction or Tom's Welding.

10.

Upon assuming care, custody, and control of the M/V REBEL HUSTLER, Couvillion Group manned, operated, and navigated the M/V REBEL HUSTLER in or around Lake Ponchatrain.

11.

On or about June 2, 2013, the M/V REBEL HUSTLER sunk.

12.

The sinking of the M/V REBEL HUSTLER was not caused or contributed to by any fault, negligence, or want of care on the part of Anders Construction, but was caused by the fault, negligence, and want of care on the part of Couvillion Group and the crew

assigned by Couvillion Group to operate the M/V REBEL HUSTLER in the following non-exclusive respects, among others which will be proven at the trial in this action:

1.   Those assigned by Couvillion Group to be in charge of the M/V REBEL HUSTLER were incompetent and inattentive to their duties.

2.   Those assigned by Couvillion Group to be in charge of the M/V REBEL HUSTLER failed to properly navigate the M/V REBEL HUSTLER.

3.   Those assigned by Couvillion Group to be in charge of the M/V REBEL HUSTLER failed to exercise prudent seamanship under the prevailing circumstances and conditions.

4.   Those assigned by Couvillion Group to be in charge of the M/V REBEL HUSTLER failed to take avoiding action in ample time to prevent the sinking.

5.   Those assigned by Couvillion Group to be in charge of the M/V REBEL HUSTLER failed to maintain a proper lookout in ample time to prevent the sinking.

6.   The captain assigned by Couvillion Group to be in charge of the M/V REBEL HUSTLER was unlicensed.

7.   Couvillion Group's violation of applicable U.S.C.G. regulations.

13.

Because Couvillion Group violated applicable U.S.C.G. regulations, the *Pennsylvania* Rule is applicable and Couvillion Group is presumed to be at fault for the sinking of the M/V REBEL HUSTLER.

14.

On information and belief, the sinking of the M/V REBEL HUSTLER was not caused or contributed to by any unseaworthy condition of the M/V REBEL HUSTLER.

Alternatively, any unseaworthy condition of the M/V REBEL HUSTLER that caused or contributed to the sinking on June 2, 2013, developed while the M/V REBEL HUSTLER was in the care, custody, or control of Couvillion Group and because of the fault, negligence, or want of care of Couvillion Group.

15.

Following the aforementioned sinking of the M/V REBEL HUSTLER, Anders Construction expended time and expense salvaging and/or repairing the M/V REBEL HUSTLER. Couvillion Group is liable for those costs in tort and/or contract. Alternatively, Couvillion Group has been unjustly enriched at Anders Construction's expense.

16.

As a result of the aforementioned sinking of the M/V REBEL HUSTLER, Anders Construction may be liable in contract to Tom's Welding. In such event, Couvillion Group is liable for all damages sustained by Anders Construction and the M/V REBEL HUSTLER, and said damages may include, but are not necessarily limited to, the following:

1. Repair damages;

2. Salvage damages; and

3. Loss of use damages.

**WHEREFORE,** Plaintiff, Anders Construction, Inc., respectfully prays that after due proceedings be had, that a judgment be rendered in favor of Plaintiff, Anders Construction, Inc., against Defendants, Couvillion Group, LLC and ABC Insurance Company, awarding compensation for all damages it has suffered or may be liable for in contract to Tom's Welding in such an amount as the facts and law allow which this Court may award, including interest in the awarded amount from the date of occurrence and post-judgment interest from the date of judgment, and all other just and equitable relief.

Respectfully submitted,

**KEAN MILLER LLP**

**MICHAEL A. McGLONE (#9318)**
**SEAN T. McLAUGHLIN (#31870)**
909 Poydras Street, Suite 3600
New Orleans, LA  70112
Telephone: (504) 585-3050
*Attorneys for Plaintiff, Anders Construction, Inc.*

**PLEASE ISSUE SUMMONS:**

**Couvillion Group, LLC**
Through its registered agent for service of process:
Timothy M. Couvillion
371 Walker Road
Belle Chasse, Louisiana 70037

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANDERS CONSTRUCTION, INC.** | CIVIL ACTION |
| Plaintiff, | NO.: |
| | SECTION: " " |
| versus | JUDGE |
| **COUVILLION GROUP, LLC,** and<br>**ABC INSURANCE COMPANY** | MAG. ( ) <br>MAG. |
| Defendants. | |

## <u>VERIFICATION</u>

I, John Anders, have read the Complaint in the above captioned matter and the

facts set forth therein are true and correct to the best of my knowledge, information and

belief.

_____

John Anders, Director
Anders Construction, Inc.